FILED

APR 12 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1 | Robert Lynn Goode Sr.
2 | P.O. BOX 281
    PERRIS CA. 92572
3 | 951-722-4510
    GOODESIR@MSN.COM

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. GOODE SR., ROBERT L. GOODE JR., SAMYA R. GOODE, BRYCSON GLENNS, SANYE R. GOODE, AND GOODE AND GREEN LANDSCAPING,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF CALIFORNIA,<br><br>Defendants. | Case No.: **17CV0736 WQH KSC**<br><br>COMPLAINT FOR CIVIL CASE-ANTI-TRUST COMPLAINT OF VIOLATION OF CIVIL RIGHTS COMPLAINT OF ABUSE OF POWER COMPLAINT OF FAILURE TO PROTECT COMPLAINT OF CONSTITUTIONAL VIOLATIONS BREACH OF CONTRACT CIV. PROC. SECTION 338(D), CIV. PROC. SECTION 340(C), (CCP SECTION 337) RICO 18 U.S.C. SECTION 1961-1968 |

Dated this 9th day of April, 2017.

*/s/ Robert Goode*
_____

COMPLAINT FOR CIVIL CASE-ANTI-TRUST COMPLAINT OF VIOLATION OF CIVIL RIGHTS COMPLAINT OF ABUSE OF POWER COMPLAINT OF FAILURE TO PROTECT COMPLAINT OF CONSTITUTIONAL VIOLATIONS BREACH OF CONTRACT CIV. PROC. SECTION 338(D), CIV. PROC. SECTION 340(C), (CCP SECTION 337) RICO 18 U.S.C. SECTION 1961-1968 - 1

Plaintiff's ROBERT L. GOODE SR., ROBERT L. GOODE JR., SAMYA R. GOODE, BRYCSON L. GLENNS, SANYE R. GOODE, NILYN Y. GOODE, and Goode and Green Landscaping have both this complaint against the State of California, ("Defendant")

# COMPLAINT

1. Following nature of this complaint is to seek monetary compensation and to bring this civil anti-trust action to prevent undue harm and death from reoccurring to save my family. The State of California had been operating through its policies, practices and laws as an organized crime syndicate in conjunction with other California government agencies to perpetuate racism, classism and a barrier to entry in competing within commerce.

2. The State of California and its agencies had fully merged with illegal immigrants coming in through Mexico to form the largest criminal syndicate to run drugs, prostitution, illegal employment, murder, kidnapping, and extortion as a way to control the American population from being successful within the State of California.

3. The State of California and illegal immigrant merger had substantially lessened competition in legal state jobs and operations with American citizens and other legal residents of California. By this controlling the market share of legal jobs through a language barrier, and pricing war. This was done by lowering job wages to corner the market in legal and illegal jobs.

4. This planned illegal immigrant merger had ruined the American economy and the California citizen's confidence of fairness. This illegal immigrant merger act is in violation of section 7 of the Clayton Act, as amended 15 U.S.C. section 18.

5. The State of California and its agencies had violated the Constitution of the United States of America amendments 1 through 14 against the plaintiffs.

6. The State of California and its agencies had violated my children and my United States Civil Rights act of 1866, 1871, 1875, 1883, 1957, 1960, 1964, and 1991. The State of California in a ploy to conceal their crimes tried to push a movement to separate from the United States of America, to not be under its jurisdiction.

7. The State of California and its agencies are in breach of contract with the plaintiff, Goode and Green Landscaping.

# THE PARTIES

8. Plaintiffs, ROBERT L. GOODE SR., ROBERT L. GOODE JR., SAMYA R. GOODE, BRYCSON L. GLENNS, SANYE R. GOODE, NILYN Y. GOODE, are private shareholders of Goode and Green Landscaping and had resided in California at the times relevant hereto. Goode and Green Landscaping worked for The State of California from approximately April 2014 to December 2015.

9. Defendant, The State of California was incorporated to aid its citizens in guaranteeing all rights under the American Constitution. The State of California is a "State" within the union of the United States of America.

## JURISDICTION AND VENUE

10. This court has jurisdiction because this complaint is filed under section 15 of the Clayton Act, as amended, 15 U.S.C. section 25, also under 42 U.S.C. section 1983, also under 28 U.S.C. section 1332, the amount at stake is more than $75,000, also under 403 U.S. 388 (1971), also under 28 U.S.C. section 1331, to restrain the defendants from violating the plaintiffs Civil and Constitutional Rights.

11. The State of California and its agencies engaged in activities substantially affecting the wellbeing of United States citizens in the jurisdiction of the District of Columbia. The court has subject matter over this action and jurisdiction over the parties pursuant to section 15 of the Clayton Act, as amended, 15 U.S.C. section 25, also under 42 U.S.C. section 1983, also under 28 U.S.C. section 1332, the amount at stake is more than $75,000, also under 403 U.S. 388 (1971), also under 28 U.S.C. section 1331.

12. Venue is proper pursuant to 28 U.S.C. section 1391 because the events giving rise to this complaint happened in this district.

## STATEMENT OF FACTS

## CLAIM I

13. The Department of Transportation 12th district contracted with Goode and Green Landscaping on contract #12A1529. The Department of Transportation failed to pay the remaining balance due of $151,125.60. After being released from contract #12A1529 on December 10 2015. Robert was advised to seek a legal course of action with The State of California and its agencies. The State of California and its agencies are still in breach of contract. There had been no reason given on why they have not issued final payment on this contract. The State of California had continued to use a pattern of white Mexican only contractors on state contracts, discriminating against real minority businesses.

14. The plaintiffs are native Californians and there is a pattern of abuse of power and harassment by the State of California's official on contracts awarded, jobs and

COMPLAINT FOR CIVIL CASE-ANTI-TRUST COMPLAINT OF VIOLATION OF CIVIL RIGHTS COMPLAINT OF ABUSE OF POWER COMPLAINT OF FAILURE TO PROTECT COMPLAINT OF CONSTITUTIONAL VIOLATIONS BREACH OF CONTRACT CIV. PROC. SECTION 338(D), CIV. PROC. SECTION 340(C), (CCP SECTION 337) RICO 18 U.S.C. SECTION 1961-1968 - 3

funding. California's officials are mostly foreigners of other states and illegal immigrants that are attacking the plaintiffs by harassment, and imprisonment as a way to violate their Constitutional Rights.

## CLAIM II

15. The plaintiff, Robert Lynn Goode Sr. was denied his right to vote in the 2016 election for President of the United States of America. No absentee ballot was sent to his post office box.

## CLAIM III

16. The defendants, The State of California and its agencies, since early 2001 started importing Mexicans into California to take advantage of low wages with less in taxes and no Federal government involvement. The defendants, The State of California and its agencies continued to award white Mexican contractors that used illegal immigrants on government projects. Goode and Green Landscaping could not contend with the dishonest pricing other contractors were bidding. The more illegal immigrants came over the border caused native Californians out of work. The plaintiffs suffered great financial hardships due to California's practice to keep illegal immigrants working and neglecting American Californian businesses. By 2007, the problem of illegal immigrants had become full blown. Illegal Mexican immigrants are estimated at 6.8 million making them the largest undocumented illegal gang from Mexico. Illegal immigrants have no rules, no name, and no laws and have killed innocent American people. Illegal immigrants live by deceit. Illegal immigration is an enormous safety issue. Large sums of cash, a country to hide and run back too. This has opened the door to terrorism, and organized crime under President Obama. To make matters worse the California senate voted on bills few people know about. The bills are SB6, SB1159 and AB60, which were approved, allows illegal undocumented immigrant gang members to be hired as police officers. Illegal immigrants with no past documentation obtaining American jobs of power had led to America being infiltrated by terrorist. America is being overrun by illegal immigrant terrorist members. Illegal immigrants are operating as a gang and if unchecked will take over everything enslaving America from within. Illegal immigrants are using racism to their advantage to move into key position to take advantage of Americans. Illegal Immigrants are deceitful. Illegal immigrants as a way to stay have given birth to three generations of immigrant American children over running our entire American public systems. Illegal immigrants took over the selling of drugs being they have a direct connection with the supplier, "El Chopo" an unidentified new gang leader. The plan immigrants exercised worked like wildfire. They move in a neighborhood two or three at a time supplied by "El Chopo's" drug money raising the prices of the homes to ridicules prices. Illegal immigrants move in, Americans moved out. Now illegal immigrants have totally segregated immigrant neighborhoods to do as they please. No police interfering because they do not call the police, illegal immigrants have their own people on the force to protect them. Three or four babies on welfare and the illegal immigrant daddy working and selling drugs and no police interferences, this allows illegal immigrants to do what they want. No punishment. Goode and Green Landscaping could not get work because homes, businesses and workers are all

COMPLAINT FOR CIVIL CASE-ANTI-TRUST COMPLAINT OF VIOLATION OF CIVIL RIGHTS COMPLAINT OF ABUSE OF POWER COMPLAINT OF FAILURE TO PROTECT COMPLAINT OF CONSTITUTIONAL VIOLATIONS BREACH OF CONTRACT CIV. PROC. SECTION 338(D), CIV. PROC. SECTION 340(C), (CCP SECTION 337) RICO 18 U.S.C. SECTION 1961-1968 - 4

racist immigrants. The State of California and its agencies continued to increase hiring practice of bilingual immigrants only hiring as a way to discriminate against native Californians. In 2009 you would have thought you were in third world country going into the Perris public service offices. Illegal immigrants have no problem finding work, getting on public services and driving around in car with no licenses. How is that even possible? False paperwork and no proof of anything. Terrorist help immigrants. Illegal Immigrant are working as a collective backed by "El Chopo." while Americans are going to jail for no identification. Police practice is to reward illegal immigrants. Illegal immigrants were selling drug in front of everybody with flowers in their hands on the side of the road. Robert thought America was blind, so Robert wrote to then President Obama to help save the American race. Robert turned on the news there was an American child being shot every day. Illegal immigrants working, raising kids running government office positions, Robert could not believe it. Robert was at the point of getting a Mexican birth certificate. It seems like an illegal immigrant has more rights than an American citizen "whose parents were born here." Robert's family was attacked by immigrant foreigners. Robert has been involved in numerous car accidents all immigrants at fault with no or little car insurance as a way to cause Robert harm. Mexicans were the ones that claimed to carry out a contract on Robert's life in 1993. Mexican illegal immigrants as a way to scare me to reacting, dumped a dead horse in my yard. Robert had not done anything violent to anyone other than to preserve life. The State of California and its agencies had declared war on Americans through drugs and "weed," through no job growth for Americans, through the stealing of Robert's money and ex-President Obama had done nothing to control it. In this vicious cycle of chaos, public officials continue to reward state contracts to illegal aliens. Robert's family was forced on food stamps, lost a house, his children falsely imprisoned, Robert's straight marriage was attacked, and his children's privacy has been violated. Robert's life had not been in a straight line but he does believe he deserve to be able to provide for my family through legal ways in America. Due to The State of California's and its agencies racism Robert is a victim of numerous incidents all documented through court records of continued harassment by The State of California. In Robert's early run ends with the law had caused The State of California to single him out and harass him, violate his Civil and Constitutional Rights. Robert had been molested in a juvenile group home, Robert has been falsely arrested, Robert had no fair trial, Robert had been lied to constantly, all this as a way to run him out of the State of California. The State of California had established a pattern of violating the plaintiff's Civil and Constitutional Rights because of that Robert had been living in fear of death by cop since 1993. The State of California and its agencies were and still is pro illegal immigrants as a way to imprison Americans. Acting then President Obama should have granted him, an American contractor to employ and invest in America to stop the killing of American black life. President Obama had did nothing to promote Americanism. He failed Robert, he fail this nation and most of all he failed the American people who want to belong, raise children, live in peace like everybody else. Robert's life has been complicated by the violations against him and his family.

17. Plaintiffs re-alleges paragraphs 13 through 16.

COMPLAINT FOR CIVIL CASE-ANTI-TRUST COMPLAINT OF VIOLATION OF CIVIL RIGHTS COMPLAINT OF ABUSE OF POWER COMPLAINT OF FAILURE TO PROTECT COMPLAINT OF CONSTITUTIONAL VIOLATIONS BREACH OF CONTRACT CIV. PROC. SECTION 338(D), CIV. PROC. SECTION 340(C), (CCP SECTION 337) RICO 18 U.S.C. SECTION 1961-1968 - 5

18. By doing, condoning and rewarding the defendants caused and/or permitted the violations of the plaintiffs' rights of freedom of speech, rights of unreasonable searches and seizures, rights of no double jeopardy, rights of fair and speedy trial, rights of no cruel and unusual punishment, rights to bear arms and rights of no discrimination based on race all guaranteed by The United States Constitution, therefore entitling the plaintiffs to recover damages pursuant to 18 U.S.C. section 1961-1968, also under 15 U.S.C. section 25, also under 42 U.S.C. section 1983, also under 28 U.S.C. section 1332, the amount at stake is more than $75,000, also under 403 U.S. 388 (1971), also under 28 U.S.C. section 1331

## REQUEST FOR RELIEF

Wherefore, the plaintiffs request:

19. Compensatory damages, including general and special damages, according to proof.

20. Any further relief which the court may deem appropriate.

## DEMAND FOR JURY TRAIL

21. Plaintiffs hereby requests a trial by judge on all issues raised in this complaint.

## CERTIFICATION AND CLOSING

22. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

COMPLAINT FOR CIVIL CASE-ANTI-TRUST COMPLAINT OF VIOLATION OF CIVIL RIGHTS COMPLAINT OF ABUSE OF POWER COMPLAINT OF FAILURE TO PROTECT COMPLAINT OF CONSTITUTIONAL VIOLATIONS BREACH OF CONTRACT CIV. PROC. SECTION 338(D), CIV. PROC. SECTION 340(C), (CCP SECTION 337) RICO 18 U.S.C. SECTION 1961-1968 - 6

That plaintiffs have such other relief as the court may deem just and proper.
Dated this 9th day of April 2017.

*[signature: Robert Goode]*

Respectfully submitted,

ROBERT LYNN GOODE SR.
P.O. BOX 281
PERRIS, CA. 92572
951-722-4510

COMPLAINT FOR CIVIL CASE-ANTI-TRUST COMPLAINT OF VIOLATION OF CIVIL RIGHTS COMPLAINT OF ABUSE OF POWER COMPLAINT OF FAILURE TO PROTECT COMPLAINT OF CONSTITUTIONAL VIOLATIONS BREACH OF CONTRACT CIV. PROC. SECTION 338(D), CIV. PROC. SECTION 340(C), (CCP SECTION 337) RICO 18 U.S.C. SECTION 1961-1968 - 7

