# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. GOODE, SR.; ROBERT L. GOODE, JR.; SAMYA R. GOODE; BRYCSON GLENNS; SANYE R. GOODE; and, GOODE AND GREEN LANDSCAPING,<br><br>Plaintiffs,<br>v.<br>STATE OF CALIFORNIA<br>Defendant. | CASE NO. 17cv736-WQH-KSC<br><br>ORDER |

HAYES, Judge:

On April 12, 2017, Plaintiffs Robert L. Goode, Sr., Robert L. Goode, Jr., Samya R. Goode, Brycson Glenns, Sanye R. Goode, and Goode and Green Landscaping initiated this action by filing a Complaint. (ECF No. 1). Plaintiff Robert L. Goode, Sr. filed a motion to proceed in forma pauperis. (ECF No. 2). On July 31, 2017, the Court issued an order denying the motion to proceed in forma pauperis without prejudice and stating,

> Plaintiffs shall, within thirty (30) days of the date this Order is filed, either (1) pay the filing fee, or (2) submit more detailed, individualized motions to proceed in forma pauperis. If Plaintiffs fail to submit payment or a motion to proceed in forma pauperis within thirty days of the date of this Order, the Court will dismiss the case without prejudice.

(ECF No. 12). The docket reflects that Plaintiffs have not filed any motion to proceed in forma pauperis or paid the filing fee. Pursuant to the Court's Order on July 31, 2017,

the Court dismisses this case without prejudice. Plaintiffs' motions for default judgment (ECF Nos. 5,7,16) and motion to be heard (ECF No. 14) are denied as moot. The motion to dismiss filed by Defendant State of California is denied as moot. (ECF No. 11). The Clerk of Court is directed to close this case.

DATED: September 6, 2017

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge